Stephen Robert DIGIOVANNI, Plaintiff Below, Appellant,

v.

Dennis DESILET, Defendant Below, Appellee.

No. 651, 2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 21, 2016

DISMISSED.

Joseph LEVAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 280, 2015

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 21, 2016

DISMISSED.

In the MATTER OF the Petition of Philip R. SHAWE for a Writ of Mandamus or a Writ of Prohibition

No. 624, 2015

Supreme Court of Delaware.

Submitted: December 10, 2015

Decided: January 22, 2016

DISMISSED.